# Antonette Laitsch

Attorney At Law

TELEPHONE (608) 255-2560
E-MAIL knollandlaitsch@gmail.com

ANTONETTE H. LAITSCH


September 29, 2026

Honorable Anita Marie Boor
United States Magistrate Judge
120 N Henry Street
Madison, Wisconsin 53703

Re: ***United States v. David Hilgendorf***
**Case No.: 26 cr 82 wmc**

Dear Judge Boor,

As you may recall we had a scheduling conference yesterday and discussed Mr. Hilgendorf's custody status as he had not entered a plea at his initial appearance. I advised the court that I will be out of the country as of tonight and not returning until November 4, 2026. Based on that representation you advised a plea hearing could wait until my return. I am now unclear as to David's state custody status. I had checked CCAP last Friday and he was in warrant status. After having made that representation to the court I double checked CCAP and saw there was a hearing later on Friday quashing the warrant and setting a $500 bond in case no 26 CF 525 in Sauk County. He also has a $500 bond in case no 26 CF 846 in Dane County set on 6/12/26. As of today no one has posted in either case. I am unclear on the status of serving his sentence of 90 days in Sauk County 25CF29. It was to have commenced before 8/1/26 but he did not report (thus the Failure to Report in Sauk County case 26CF 525 discussed above). However, I do not see a warrant for his arrest in that case. I am leaving today so I advised AUSA Oliver Redsten and the Federal Defender's office of the above.

Respectfully,

*Electronically Signed*

Antonette H. Laitsch

Ah:THL