**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

October 14, 2026

Magistrate Judge Anita Marie Boor
United States District Court for the Western District of Wisconsin
120 N. Henry St.
Madison, WI 53703

Re: *United States v. David Hilgendorf*
Case No. 26-cr-82-jdp

Dear Judge Boor:

In response to the Court's September 30th, 2026, Text Only Order (Doc. No. 18), regarding the defendant's custody status, it is the government's understanding that:

- The defendant is currently serving a 90-day sentence in Sauk County case **25CF29**. His projected release date on that case is October 15, 2026.
- The defendant also remains in custody in Sauk County case **26CF525**. On September 24, 2026, Judge Blake Duren set a $500 cash bond, which, as of the time of this writing, has not been posted.

In addition to the Sauk County cases mentioned above, it is the government's understanding that the defendant has an open Dane County criminal case under case number **25CF846**. He posted a cash bond and is *not* detained in that case.

Finally, it is the government's understanding that the defendant is currently in primary federal custody. He is being held at the Columbia County Jail in Portage, Wisconsin.

Very truly yours,

CHADWICK M. ELGERSMA
United States Attorney

By:

Oliver Redsten

OLIVER S. REDSTEN
Assistant United States Attorney