IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
Plaintiff,

v.

DAVID HILGENDORF

Defendant.

**DEFENDANT'S**

**WAIVER OF APPEARANCE AT**

**ARRAIGNMENT**

Case No. 26 cr 82

---

I, David Hilgendorf, the defendant in this case, along with my attorney, Toni H. Laitsch, submit this Waiver pursuant to Fed. Rule 10(b)(2). I waive my appearance at the arraignment, knowing I have the right to appear personally before a judicial officer for arraignment in open court on the charges and understand the following: an arraignment is scheduled 1)following the filing of the Indictment and making public thereof; 2) the date I first appeared before a judicial officer, or; 3) the date I was ordered held to answer and appeared before a judicial officer of the Court in which the charges are pending, whichever occurs last. I have received a copy of the Indictment in this case and have been advised that without this waiver I would be arraigned open court and must appear as directed. I have conferred with my attorney and fully understand all of the above, and enter a plea of Not Guilty

Dated this November 13, 2026.

Respectfully Submitted,

Attorney for Defendant

By: Toni H. Laitsch
SBN: 1001526

David Hilgendorf, Defendant